■ In the Matter of ROSEMARY TOUSLEY, Respondent, v SCOTT TOUSLEY, SR., Appellant. [715 NYS2d 199] —Order unanimously affirmed without costs. Memorandum: Respondent failed to contend before Family Court that alcohol abuse and refusal of treatment do not constitute aggravating circumstances within the meaning of Family Court Act § 827 (a) (vii) and § 842. Thus, respondent failed to preserve for our review his present contention that the court erred in issuing a three-year order of protection based on his alcohol abuse and refusal of treatment (*see generally, Matter of Tanya R. B. v Darren W.*, 254 AD2d 813; *Matter of Mary Alice V.*, 222 AD2d 594, *lv denied* 87 NY2d 811; *Matter of Kagels v Kagels*, 209 AD2d 1020). In any event, we agree with the court that respondent's alcohol abuse and refusal of treatment constitute aggravating circumstances within the meaning of Family Court Act § 842, and we conclude that the court did not abuse its discretion in issuing the order (*see*, Family Ct Act § 827 [a] [vii]; § 842). (Appeal from Order of Jefferson County Family Court, Hunt, J.— Custody.) Present—Green, J. P., Hayes, Hurlbutt, Balio and Lawton, JJ.

■ In the Matter of JOSEPH M. W., Appellant, v CRYSTAL B. R., Respondent. (Appeal No. 1.) [715 NYS2d 200] —Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Joseph M. W. v Crystal B. R.* (275 AD2d 998 [decided herewith]). (Appeal from Order of Monroe County Family Court, Kohout, J.—Custody.) Present—Green, J. P., Hayes, Hurlbutt, Balio and Lawton, JJ.